Willie F. PARSON, III, Plaintiff–
Appellant,

v.

Cecil LLOYD, A.J. Tomlinson,
Defendants–Appellees.

No. 06–6732.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 22, 2006.

Decided: Oct. 24, 2006.

Willie F. Parson, III, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Remanded by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Willie F. Parson, III, seeks to appeal the
district court's order dismissing his 42
U.S.C. § 1983 (2000) action under 28
U.S.C. § 1915A(b)(1) (2000) for failure to
state a claim. The district court's final
order was entered on the docket on Febru-
ary 14, 2006. Parson's notice of appeal
was not received by the district court until
April 17, 2006. According Parson the ben-
efit of Fed. R.App. P. 4(c) and *Houston v.
Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101
L.Ed.2d 245 (1988), the earliest date his
notice of appeal may be deemed filed is
April 11, 2006.

Although Parson's notice of appeal was
filed beyond the 30–day window for filing a
timely notice of appeal, the cover letter
Parson enclosed with his notice states that
he was unable to comply with the 30–day
deadline because he did not receive the
court's final order until April 10, 2006.
This letter, which was submitted both
within thirty days of the expiration of the
appeal period and within seven days of the
date Parson asserts he received notice of
the district court's entry of a final order,
may be properly construed as either a
motion for an extension of time in which to
note an appeal under Fed. R.App. P.
4(a)(5) or as a motion to reopen the time to
note an appeal under Fed. R.App. P.
4(a)(6).

Accordingly, we remand the case to the
district court for the limited purpose of
determining whether Parson can satisfy
the requirements for either an extension of
time or a reopening of the appeal period.
The record, as supplemented, will then be
returned to this court for further consider-
ation.

*REMANDED.*